# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ANN BUTLER, individually and on behalf of all persons similarly situated**                                    **PLAINTIFF**

v.                              No. 4:13CV274 KGB

**TOBACCO SUPERSTORES, INC.**                                    **DEFENDANT**

## ORDER

Based on the parties' written communication to the Court that this matter has settled, all pending motions are denied as moot. This case will remain open until the parties submit dismissal paperwork and the Court enters an order of dismissal and final judgment.

SO ORDERED this 3rd day of July, 2013.

_____
Kristine G. Baker
United States District Judge