IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANN BUTLER, individually and on behalf
of all persons similarly situated                                              PLAINTIFF

v.                                   No. 4:13CV274 KGB

TOBACCO SUPERSTORES, INC.                                                      DEFENDANT

## ORDER

Based on the parties' stipulation of dismissal, this lawsuit, along with any claims, cross-claims, and third-party claims that were brought or could have been brought, are dismissed with prejudice (Dkt. No. 9).

SO ORDERED this 8th day of July, 2013.

_____
Kristine G. Baker
United States District Judge